UST-31, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ 85377

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MOORE, ROBERT DANIEL | ) | Case No. 08-14352-PHX GBN |
| MOORE, KALEENA DAWN | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| HENSON, MELISSA DAWN | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

JILL H. FORD, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in Sec347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 12 | J R Brothers Finance I<br>10000 N 31st Ave Ste D20<br>Phoenix, AZ 85051 | $2.26 |
| 15 | ALLTEL COMMUNICATIONS<br>1 ALLIED DRIVE B4F03<br>LITTLE ROCK, AR 72202 | $3.91 |

| December 3, 2010 | /s/ Jill H. Ford |
|---|---|
| DATE | JILL H. FORD, TRUSTEE |